Brigham J. Ricks, Bar No. 224750
**RICKS LAW**
P.O. Box 3370
Santa Barbara, CA 93130-3370
(805) 884-9538 FAX (805) 884-9708

Attorney for Plaintiff, Robert Eringer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ERINGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPALITY OF MONACO<br><br>Defendant. | Case No.: 2:10-cv-01803-GAF-RC<br><br>**FIRST AMENDED VERIFIED COMPLAINT FOR BREACH OF CONTRACT AND FRAUD** |

PLAINTIFF ALLEGES:

## JURISDICTION

1. This Court has original jurisdiction pursuant to 28 U.S.C. § 1330, as an action against a foreign state.  The Court has supplemental jurisdiction over the sate law claims alleged in this Complaint pursuant to 28 U.S.C. § 1367.

## VENUE

2. The contract at issue was to be performed in Santa Barbara, California. Venue therefore lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1391(f)(1).

## INTRADISTRICT ASSIGNMENT

-1-

FIRST AMENDED COMPLAINT

3. Assignment to the Western Division is appropriate because the majority of claims and certain of the transactions, acts, practices and courses of business alleged below occurred within the Central District of California, including Santa Barbara, California.

**PARTIES**

4. Plaintiff ROBERT ERINGER ("Eringer") is an individual residing in Santa Barbara, California. He was director of the Monaco Intelligence Service ("MIS") and acted as spymaster for the Principality of Monaco.

5. Defendant PRINCIPALITY OF MONACO ("Principality") is a foreign state and employed Eringer to be Director of MIS and to act as its spymaster.

**OTHER RELEVANT PARTIES**

6. HIS SERENE HIGHNESS PRINCE ALBERT II OF MONACO ("HSH") is the sovereign ruler of the Principality. HSH retained Eringer to work for the Principality and personally directed and approved Eringer's services to the Principality. Eringer reported on his activities solely to HSH.

**STATEMENT OF FACTS**

7. On June 16, 2002, HSH, then Hereditary Prince, retained Eringer, at a meeting in Monaco, to be his intelligence advisor. HSH never reduced this agreement to writing.

8. HSH told Eringer he needed an intelligence advisor to assist him in rooting out corruption, money laundering and organized crime in Monaco. As Hereditary Prince, HSH was preparing for his rule of Monaco as his father was aging. Effective July 1, 2002 Eringer commenced service to HSH for an agreed remuneration of 60,000 Euros each calendar quarter. At the beginning of 2003 this payment was increased to 80,000 Euros each calendar quarter. For a period of two quarters in 2006 this payment was increased to 100,000 Euros, but then later reduced to 80,000 Euros before finally being reduced to 40,000 Euros per quarter for the last quarter of 2007 and first quarter of 2008. Attached as Exhibit A are

-2-

FIRST AMENDED COMPLAINT

copies of account statements issued by HSH's Administration des Biens (the French for property manager) for payments made by HSH to Eringer.

9. By design and to maintain the clandestine nature of his work, Eringer never resided in Monaco, a tiny city/state in which the presence of a spy and spy agency would be quickly recognized. Instead, with HSH's knowledge and permission, Eringer resided in London, England and later Santa Barbara, California. Eringer directed the intelligence activities in Monaco and elsewhere from his remote offices and would make frequent short visits to Monaco to hold briefings and other meetings.

10. HSH confirmed Eringer's position as the Principality's spymaster by issuing to him the following documents attached as Exhibit B:

- A card signed by HSH stating, "Please give Mr. Robert ERINGER your confidential assistance. He acts on my authority and reports directly to me."

- A Monaco Intelligence Service card signed by HSH. The identification identifies Eringer as "Director M.I.S."

11. On April 6, 2005 HSH's father, Prince Rainier, passed away and HSH became Monaco's Sovereign.

12. At a meeting on April 26, 2005, HSH, now as sovereign of the Principality, expanded Eringer's responsibilities to include investigations of current government officials and to perform vetting of government officials before their appointment.

13. HSH put Eringer in contact with two officers from SIGER, the tiny political unit of Monaco's police force: Jean-Raymond Gottlieb and Yves Subraud. Immediately, they commenced working together in the investigation of government officials and other targets of investigation as directed by HSH.

FIRST AMENDED COMPLAINT

14. In October 2005, HSH authorized Eringer to brief his in-coming chief of staff Jean-Luc Allavena on Eringer's activities. Eringer worked closely with Allavena throughout his tenure as chief of staff.

15. On August 2, 2007, Eringer briefed HSH on his activities, especially concerning the liaison relationships Eringer had established with intelligence services in twenty countries. HSH instructed Eringer to keep this work going. HSH requested that commencing the following quarter in October 2007 Eringer reduce his quarterly fee to 40,000 Euros and solely focus on maintaining and working the liaison relationships with foreign intelligence services.

16. On December 2, 2007, HSH and Eringer had a telephone conference to report on Eringer's intelligence activities. On December 17, 2007, Eringer sent HSH his invoice for the first quarter of 2008 requesting payment of 40,000 Euros. On January 28, 2008, Eringer wrote HSH informing him that he is carrying out HSH's last instructions to "keep the doors open" of the intelligence service. The letter included another copy of Eringer's invoice and request for payment. Not having received payment, Eringer sent invoices to HSH again in February and March 2008. On March 25, 2008, Eringer wrote HSH explaining that he has carried out HSH's instructions but had not been paid for the first quarter of 2008 and again requested payment. HSH did not respond to these letters or Eringer's voicemails, which was not unusual, as HSH was often difficult to reach. Attached as Exhibit C are copies of the letters and invoices sent to HSH

17. With HSH providing no direction or communication, Eringer was in limbo and uncertain if he should shut down the intelligence service or keep this valuable entity operating for HSH. After having worked for one quarter without payment from HSH, Eringer terminated his services.

18. On April 18, 2008, Eringer had his Washington, DC based attorneys send HSH a demand for payment. HSH has not responded to this letter a copy of which is attached as Exhibit D.

FIRST AMENDED COMPLAINT

19. Plaintiff alleges that he has performed all obligations to defendant required under the Agreement except those obligations plaintiff was prevented or excused from performing.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

20. Plaintiff re-alleges all of the allegations contained in paragraphs 1 through 18, inclusive, of this complaint, and incorporates them here by this reference as though fully set forth.

21. On June 16, 2002, HSH and defendant entered in an oral Agreement whereby plaintiff would serve as an intelligence advisor and intelligence service director to HSH. Plaintiff's service began July 1, 2002 for an agreed remuneration of 60,000 Euros each calendar quarter. At the beginning of 2003 this payment was increased to 80,000 Euros each calendar quarter. For a period of two quarters in 2006 this payment was increased to 100,000 Euros, but then later reduced to 80,000 Euros before finally being reduced to 40,000 Euros per quarter for the last quarter of 2007 and first quarter of 2008. This Agreement continued after HSH became sovereign of the Principality on April 6, 2005 as HSH directed Eringer to make official liaison relationship between Monaco and other foreign intelligence services, to make introductions for HSH to foreign government officials, and to conduct corruption probes of the Principality's government officials, among other official tasks.

22. During the period of Eringer's service to the Principality, from July 2003 to May 2004 and July 2006 to March 2008, with HSH's knowledge and permission, Eringer resided and worked for the Principality in Santa Barbara, California. From Eringer's office in Santa Barbara, California, he performed many services for the Principality, including but not limited to (1) maintaining, working and servicing liaison relationships with foreign intelligence services, (2) communicating with and instructing deputies in Monaco, (3) sending and receiving

FIRST AMENDED COMPLAINT

communications with sources, assets and informants, (4) performing research, and (5) maintaining telephone contact with HSH and briefing him on matters of concern.

23. Defendant breached the Agreement by refusing or failing to pay plaintiff the agreed compensation of 40,000 Euros for the first quarter of 2008 due and payable on January 1, 2008.  Plaintiff has performed all obligations to defendant and performed them in Santa Barbara, California.

24. As a proximate result of defendant's breach of the Agreement as alleged herein, plaintiff has been damaged in an amount to be proven at trial.

## SECOND CAUSE OF ACTION
### (Misrepresentation)

25. Plaintiff hereby incorporates paragraphs 1 through 24 herein as though fully set forth.

26. Plaintiff agreed to provide Defendant intelligence advisor and director of intelligence services for payment of 40,000 per quarter.

27. Defendant, through its sovereign, HSH, falsely represented that they would pay Plaintiff 40,000 Euros for his services during the first quarter of 2008 when they in fact there was no intention of paying him.  Plaintiff provided his services as agreed and did not get paid by Defendant.

28. At the time the Plaintiff acted, Plaintiff was unaware of Defendant's false statements regarding payment for the first quarter of 2008.

29. In consideration of services provided by Plaintiff, Defendant promised to pay to Plaintiff 40,000 Euros due on January 1, 2008.

30. Defendant made these promises with the intent to defraud and induce Plaintiff to provide services to Defendant, and without any intention of performance on its behalf.

31. At the time the Plaintiff acted, Plaintiff was unaware of Defendant's intentions not to pay for services as promised. Plaintiff acted in justifiable reliance

-6-

FIRST AMENDED COMPLAINT

upon Defendant's promises when he provided his services.

32. Because of Plaintiff's reliance upon Defendant's conduct, false statements and misrepresentations, Plaintiff has suffered damages in an amount to be proven at trial.

157. The Defendant's acts alleged above were willful, wanton, malicious, oppressive and were undertaken with the intent to defraud, and justify the awarding of exemplary and punitive damages.

WHEREFORE, plaintiff prays as follows:

1. **BREACH OF CONTRACT**

    a.  For damages and losses from the breach of contract according to proof.

    b.  For interest on the damages according to proof.

2. **MISREPRESENTATION**

    c.  For damages and losses from the misrepresentation according to proof.

    d.  For exemplary and punitive damages according to proof.

3. **ON ALL CAUSES OF ACTION**

    e.  For costs of suit herein incurred

    f.  For such other and further relief as the court may deem proper.

DATED: March 29,  2010                  **RICKS LAW**

By_____

                 Brigham J. Ricks
                 Attorney for Plaintiff

**VERIFICATION**

All the above statements are true to the best of my knowledge. I understand that a false statement in this Verified Complaint may subject me to penalties of perjury.

ROBERT ERINGER

STATE OF CALIFORNIA COUNTY OF SANTA BARBARA

Subscribed and sworn to (or affirmed) before me on this 29TH day of MARCH, 2010, by ROBERT ERINGER proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____

Notary Public Signature                    Notary Public Seal

*See attached notary.*

-8-

FIRST AMENDED COMPLAINT

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____

5 _____

4 _____

5 _____

6 _____

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

State of California

County of _Santa Barbara_

Subscribed and sworn to (or affirmed) before me on this

_24_ day of _March_, 20 _10_, by

Date          Month          Year

(1) _Robert Eringer_,

Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) _____,

Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____

Signature of Notary Public

**SAIMA BARI**
Commission # 1694033
Notary Public - California
Santa Barbara County
My Comm. Expires Sep 16, 2010

Place Notary Seal Above

---
**OPTIONAL**
---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

**LIST OF EXHIBITS**

EXHIBIT A:  Wiring statements

EXHIBIT B:  Note and MIS card

EXHIBIT C.  Letters & invoices to HSH

EXHIBIT D:  Winston & Strawn Letter

FIRST AMENDED COMPLAINT

# EXHIBIT A

**SAS LE PRINCE ALBERT DE MONACO**

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

Téléphone :      +377 93 25 18 31
Télécopie :      +377 93 50 81 73
E-mail :         adb@palais.mc

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE 7

W1U 5AP LONDON ENGLAND

MONACO        le 31/12/03

Notre référence : 332

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du        31/12/03

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|---------------------|--------------|
| 13/10/03 | 4T03 | ROBERT HENRY ERINGER | 23/10/03 | | 80 000.00 |
| | | | **Solde en votre faveur** | | 80 000.00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de        80 000,00 € au profit du compte :

  

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

Téléphone :      +377 93 25 18 31
Télécopie :      +377 93 50 81 73
E-mail :          adb@palais.mc


**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE 7

W1U 5AP LONDON ENGLAND

MONACO        le 02/04/04

Notre référence : 39


Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du     02/04/04

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|----------------------|--------------|
| 02/03/04 | 1T04 | ROBERT HENRY ERINGER | 12/03/04 | | 80 000.00 |
| | | | Solde en votre faveur | | 80 000.00 |

Nous donnons ordre à notre banque d'émettre  en votre faveur, un virement de        80 000,00 €  au profit du compte :

 

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

**SAS LE PRINCE ALBERT DE MONACO**

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

| | |
|---|---|
| Téléphone : | +377 93 25 18 31 |
| Télécopie : | +377 93 50 81 73 |
| E-mail : | adb@palais.mc |

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE 7

W1U 5AP LONDON ENGLAND

MONACO          le 18/06/04

Notre référence : 137

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du     18/06/04

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|---|---|---|---|---|---|
| 14/06/04 | 2T04 | ROBERT HENRY ERINGER | 24/06/04 | | 80 000.00 |
| | | | **Solde en votre faveur** | | 80 000.00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de          80 000,00 € au profit du compte :

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

**SAS LE PRINCE ALBERT DE MONACO**

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

| | |
|---|---|
| Téléphone : | +377 93 25 18 31 |
| Télécopie : | +377 93 50 81 73 |
| E-mail : | adb@palais.mc |

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO        le 13/10/04

Notre référence : 231

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du    13/10/04

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|---|---|---|---|---|---|
| 06/09/04 | 3T04 | ROBERT HENRY ERINGER | 13/10/04 | | 80 000.00 |
| | | Solde en votre faveur | | | 80 000.00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de        80 000,00 €  au profit du compte :



Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

**ADMINISTRATION DES BIENS**
**PALAIS PRINCIER**
**98000 MONACO**

| | |
|---|---|
| Téléphone : | +377 93 25 18 31 |
| Télécopie : | +377 93 50 81 73 |
| E-mail : | adb@palais.mc |

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO        le 13/01/05

Notre référence : 332

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du    13/01/05

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|---|---|---|---|---|---|
| 22/11/04 | 4T04 | ROBERT HENRY ERINGER | 05/01/05 | | 80 000.00 |
| | | Solde en votre faveur | | | 80 000.00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de      80 000,00 € au profit du compte :

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

| ADMINISTRATION DES BIENS | Téléphone : | +377 93 25 18 31 |
| PALAIS PRINCIER | Télécopie : | +377 93 50 81 73 |
| 98000 MONACO | E-mail : | adb@palais.mc |

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO          le 19/04/05

Notre référence : 63

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du          19/04/05

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|---------------------|--------------|
| 18/03/05 | 1T05 | ROBERT HENRY ERINGER | 28/03/05 | | 80 000.00 |
| | | | **Solde en votre faveur** | | 80 000.00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de          80 000,00 €  au profit du compte :

  

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

Téléphone :      +377 93 25 18 31
Télécopie :      +377 93 50 81 73
E-mail :          adb@palais.mc

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO           le 06/06/05

Notre référence : 93

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date  du       06/06/05

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|----------------------|--------------|
| 24/05/05 | 2T05 | ROBERT HENRY ERINGER | 03/06/05 | | 80 000.00 |
| | | Solde en votre faveur | | | 80 000.00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de        80 000,00 €  au profit du compte :

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

**SAS LE PRINCE ALBERT II DE MONACO**

| | |
|---|---|
| ADMINISTRATION DES BIENS | Téléphone : +377 93 25 18 31 |
| PALAIS PRINCIER | Télécopie : +377 93 50 81 73 |
| 98000 MONACO | E-mail : adb@palais.mc |

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO          le 05/08/05

Notre référence : 196

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du       05/08/05

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|---------------------|--------------|
| 15/07/05 | 3T05 | ROBERT HENRY ERINGER | 25/07/05 | | 80 000.00 |
| | | **Solde en votre faveur** | | | 80 000.00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de          80 000,00 €  au profit du compte :

   

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

**SAS LE PRINCE ALBERT II DE MONACO**

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

| | |
|---|---|
| Téléphone : | +377 93 25 18 31 |
| Télécopie : | +377 93 50 81 73 |
| E-mail : | adb@palais.mc |

ROBERT HENRY ERINGER
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO          le 13/10/05

Notre référence : 354

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du          13/10/05

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|---|---|---|---|---|---|
| 03/10/05 | 4T05 | ROBERT HENRY ERINGER | 13/10/05 | | 80 000.00 |
| | | Solde en votre faveur | | | 80 000.00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de          80 000,00 €  au profit du compte :

 

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

Téléphone :
Télécopie :
E-mail :

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO          le 20/02/06

Notre référence : 1

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du      20/02/06

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|----------------------|--------------|
| 01/01/06 | 1T06 | ROBERT HENRY ERINGER | 01/01/06 | | 80 000,00 |
| | | **Solde en votre faveur** | | | 80 000,00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de      80 000,00 €  au profit du compte :

 

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

AVANCES

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

Téléphone :
Télécopie :
E-mail :

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

Notre référence : 500

MDTS

MONACO          le 19/04/06

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du     19/04/06

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|---------------------|--------------|
| 03/04/06 | 2T06 | ROBERT HENRY ERINGER | 03/04/06 | | 80 000,00 |
| | | **Solde en votre faveur** | | | 80 000,00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de       80 000,00 €  au profit du compte :

████████████████          █████████████████████████

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

**AVANCES**

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

Téléphone :
Télécopie :
E-mail :

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO        le 13/07/06

Notre référence :   958

MDTS

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du        13/07/06

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|---------------------|--------------|
| 03/07/06 | 3T06 | ROBERT HENRY ERINGER | 03/07/06 | | 80 000,00 |
| | | **Solde en votre faveur** | | | 80 000,00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de          80 000,00 €  au profit du compte :

  

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

**AVANCES**

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

Téléphone :
Télécopie :
E-mail :

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO        le 23/10/06

Notre référence :    1327

MDTS

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du    23/10/06

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|----------------------|--------------|
| 02/10/06 | 4T06 | ROBERT HENRY ERINGER | 02/10/06 | | 100 000,00 |
| | | Solde en votre faveur | | | 100 000,00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de        100 000,00 €  au profit du compte :

 

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

**AVANCES**

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

Téléphone :
Télécopie :
E-mail :

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO          le 02/04/07

Notre référence : 354

MDTS

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du          02/04/07

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|----------------------|--------------|
| 21/03/07 | 2T07 | ROBERT HENRY ERINGER | 21/03/07 | | 80 000,00 |
| | | | **Solde en votre faveur** | | 80 000,00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de          80 000,00 € au profit du compte :

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

AVANCES

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

Téléphone :
Télécopie :
E-mail :        adb@adb.mc

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND

MONACO        le 01/10/07

Notre référence : 398

MDTS

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du    01/10/07

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|---------------------|--------------|
|      |          |         |          |                     | 80 000,00 |
| 25/06/07 | 3T07 | ROBERT HENRY ERINGER | 25/06/07 |              | 80 000,00 |
|      |          | **Solde en votre faveur** |          |          | 80 000,00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de        80 000,00 € au profit du compte :

 

Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

ADMINISTRATION DES BIENS
PALAIS PRINCIER
98000 MONACO

Téléphone :
Télécopie :
E-mail :   adb@adb.mc

**ROBERT HENRY ERINGER**
78 MARYLEBONE HIGH STREET STE

W1U 5AP LONDON ENGLAND
*GRANDE BRETAGNE*

Votre référence :   406

MONACO        le 24/10/07

MDTS

Monsieur, Madame,

Nous vous prions de trouver ci-dessous le détail des sommes que nous vous devons à la date du   24/10/07

| Date | N° pièce | Libellé | Echéance | Avoirs ou règlements | Vos factures |
|------|----------|---------|----------|----------------------|--------------|
| 24/09/07 | 4T07 | ROBERT HENRY ERINGER | 31/10/07 | | 40 000,00 |
| | | **Solde en votre faveur** | | | 40 000,00 |

Nous donnons ordre à notre banque d'émettre, en votre faveur, un virement de        40 000,00 € au profit du compte :



Vous en souhaitant bonne réception, veuillez agréer, Monsieur, Madame, l'assurance de nos sentiments les meilleurs.

# EXHIBIT B

# S.A.S. PRINCE ALBERT II

Please give Mr. Robert ERINGER your confidential assistance.

He acts on my authority and reports directly to me.

S.A.S. PRINCE ALBERT II





# EXHIBIT C

## ROBERT ERINGER
### 78 MARYLEBONE HIGH STREET, STE. 747
### LONDON W1U 5AP
### ENGLAND

17 December 2007

H.S.H. Prince Albert II
Palais de Mo
MC 98000 Monaco

### INVOICE

For Special Services,

January – March 2008                          40,000 Euros

Please wire to:

Mr. Robert Henry Eringer

████████████████

Attn. Urs Minder

ROBERT ERINGER

# ROBERT ERINGER

78 Marylebone High Street, Ste. 1-300
London W1U 5AP
England

28 January 2008

H.S.H. Prince Albert of Monaco
Fax # + 377 92.16.02.22

Dear Prince Albert,

My last instruction from you was to remain on retainer and keep the doors open, and to bill you the newly agreed amount.

I have done this, and I have left a couple dozen messages on your phones in an attempt to bring you up to date.

Mike Powers mentioned that you asked about me recently and suggested you wanted to see me. I am, of course, available to meet with you any time. So when I heard this from Mike I phoned your mobile phone and left another message to that effect. Please let me know if and when you would like to meet by calling my USA mobile: 202.361.8069.

Meanwhile, Claude Palmero has still not paid my invoice for this quarter, which follows.

Respectfully,

ROBERT ERINGER

# ROBERT ERINGER
## 78 MARYLEBONE HIGH STREET, STE. 747
## LONDON W1U 5AP
## ENGLAND

28 January 2008

H.S.H. Prince Albert II
Palais de Monaco
MC 98000 Monaco

<u>INVOICE</u>

For Special Services,

January – March 2008                                    40,000 Euros

Please wire to:

Mr. Robert Henry Eringer

~~████████████~~

Attn. Urs Minder

<u>ROBERT ERINGER</u>

# ROBERT ERINGER
## 78 MARYLEBONE HIGH STREET, STE. 747
## LONDON W1U 5AP
## ENGLAND

11 February 2008

*OVER DUE*

H.S.H. Prince Albert II
Palais de Monaco
MC 98000 Monaco

## INVOICE

For Special Services,

January – March 2008                                    40,000 Euros

Please wire to:

Mr. Robert Henry Eringer

Attn. Urs Minder

## ROBERT ERINGER

# ROBERT ERINGER
## 78 MARYLEBONE HIGH STREET, STE. 747
### LONDON W1U 5AP
### ENGLAND

3 March 2008

H.S.H. Prince Albert II
Palais de Monaco
MC 98000 Monaco

## INVOICE

For Special Services,

January – March 2008                         40,000 Euros

Please wire to:

Mr. Robert Henry Eringer

████████████████

UBS (Monaco) S.A.
Attn. Urs Minder

ROBERT ERINGER

# ROBERT ERINGER

25 March 2008

H.S.H. PRINCE ALBERT II
FAX # 377 92.16.02.22

Dear Prince Albert,

I hope you are well and that you enjoyed your 50th birthday celebration.

I have tried to phone you many times, have left messages, and sent faxes. When I phoned you on December 16th, you said you were on another call, and asked, "Can I call you back?"

The last time we had any meaningful conversation was on August 2nd. You requested that I continue to operate in your service to "keep the doors open" with other intelligence services, with an agreed lower fee of 40,000 euros per quarter.

I invoiced the first quarter of 2008 as normal, as per our agreement. We are near the end of this quarter and, despite several reminders to Claude Palmero and to you, this invoice remains unpaid.

If you wish to discontinue my service, please *tell* me, so I may plan accordingly. As it stands, all I have is my last instruction from you to "keep things going" for the payment you agreed. I have done this for the past three months. So, however you decide to proceed from this point forward, I would be grateful that my invoice for the quarter ending March 31st be paid. (Copy follows.)

If I hear nothing from you in response to this fax, I shall assume you wish for me to continue as normal, as that was my last instruction, and I will invoice presently for a new quarter beginning April 1st.

There are several ways to contact me:

Telephone: + 1 202 361-8069
Fax: + 44 207 935-4141
E-mail: eringer33@aol.com

Respectfully,

ROBERT ERINGER

# EXHIBIT D

# WINSTON & STRAWN LLP

36 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

GORDON A. COFFEE
(202) 282-5741
gcoffee@winston.com

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-15-

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-86

## PERSONAL AND CONFIDENTIAL

April 18, 2008

### BY FACSIMILE AND BY MAIL

Prince Albert II
His Serene Highness The Sovereign Prince of Monaco
Palace Princier de Monaco
MC 98000 Monaco

Re:    **Employment of Mr. Robert Eringer**

Dear Your Serene Highness:

We represent Mr. Robert Eringer. For five-and-a-half years, Mr. Eringer provided intelligence services to you and the Principality with the highest degree of competence and loyalty. Unfortunately, Mr. Eringer has not been paid for his services to date and has not been given any explanation for this failure. Indeed, his efforts to communicate with your staff or you have elicited no response. As a result, Mr. Eringer retained this firm to protect his interests in this matter.

As you know, beginning on July 1, 2002, Mr. Eringer provided countless valuable services to Monaco, in furtherance of your stated goal of having Monaco perceived as a responsible member of the community of nations. These services included:

- *Establishing ties with intelligence services around the world,* including those from Italy, Israel, France, the Netherlands, Switzerland, Poland, Ukraine, Slovenia, and Bulgaria. Mr. Eringer also spearheaded the creation of a "micro-European" intelligence association—known as the Columbus Group—that allied the intelligence services of the smallest European nations, including Liechtenstein, Luxembourg, San Marino, and Malta.

- *Strengthening ties with U.S. and British intelligence.* Mr. Eringer created liaison relationships with the Central Intelligence Agency and the British Secret Intelligence Service. He introduced you to members of Congressional intelligence committees and

**WINSTON & STRAWN** LLP

His Serene Highness The Sovereign Prince of Monaco
April 18, 2008
Page 2

CIA station chiefs, arranged private meetings with CIA Director Porter Goss and FBI Director Robert Mueller, and coordinated private briefings from the CIA on critical issues to the Principality, such as money laundering, terrorism, and organized crime.

- *Protecting Your Serene Highness from association with potentially embarrassing figures.* Mr. Eringer repeatedly investigated acquaintances that you identified and other individuals, providing you with sensitive information about their activities to protect you from potential embarrassment. This included organized crime figures, international arms dealers, and money launderers, as well as numerous citizens of Monaco.

- *Conducting a public relations campaign to position Your Serene Highness as a strong leader who would fight organized crime and cleanse Monaco of corruption.* Mr. Eringer launched Operation Scribe, which placed stories in newspapers about Your Serene Highness's success in combating corruption.

- *Vetting government officials for possible corruption.* Mr. Eringer screened potential government officials and made recommendations about their employment. These individuals included Franck Biancheri, Jean-Luc Allavena, Phillipe Narmino, and Bruno Philipponnat.

- *Safeguarding the independence of the Monaco football team.* Mr. Eringer screened potential investors in the team for ties to organized crime and investigated individuals who allegedly were taking bribes and kickbacks from the team.

Mr. Eringer also provided personal services to Your Serene Highness of a very sensitive nature. For example, he assisted in behind-the-scenes negotiations with Tamara Rotolo over the recognition of Jazmin Grace Grimaldi as your daughter. He also launched Operation Hound Dog, which identified persons who were spreading malicious information about Your Serene Highness.

For more than five years, Mr. Eringer worked on projects at your direction, often under trying circumstances and with no small personal risk given some of the characters involved. Mr. Eringer handled his tasks adroitly and with the greatest discretion. Although he never signed a confidentiality agreement, Mr. Eringer has consistently maintained the privacy of the sensitive information that he possesses. He has never published any information that was not already widely known or disclosed it to third parties out of loyalty to Your Serene Highness. He understandably is distressed that his loyalty has not been reciprocated.

The most glaring example of the lack of reciprocity is the manner in which you chose to discontinue communications with Mr. Eringer. Despite his frequent efforts to update you, he did not receive the courtesy of any response, much less an explanation as to his status. In the meantime, he passed up other employment opportunities. He similarly turned down other opportunities for employment during the more than five years he assisted Your Serene Highness.

WINSTON & STRAWN LLP

His Serene Highness The Sovereign Prince of Monaco
April 18, 2008
Page 3

   Mr. Eringer further has not been paid in full for his efforts. Mr. Eringer did not receive payment for the first quarter of 2008, during which the agreed compensation was €40,000, representing a reduction in the previously agreed amount of €80,000. Your office further has offered no justification for this failure.

   At this juncture, it appears that Your Serene Highness has no further desire to utilize Mr. Eringer's services. While we do not dispute your right to terminate the relationship, all accounts nevertheless should be brought current. We accordingly demand on Mr. Eringer's behalf immediate payment of €40,000 owed on the outstanding invoice from the first quarter of 2008. We further demand €320,000 as a severance payment. Given Mr. Eringer's long period of service to Monaco and you, the extent to which he used prior payments to defray expenses and to pay third parties acting for the benefit of the Principality, the foregone alternate business opportunities, and prevailing business customs in Europe, a severance reflecting one year's compensation is more than fair under the circumstances.

   We accordingly request a total payment of €360,000. In return, Mr. Eringer is willing to sign an agreement (1) releasing any further claims against the Principality and you and (2) safeguarding the information he acquired during his tenure.

   Thank you for your prompt attention to this matter.

     Sincerely,

     Gordon A. Coffee

cc:  M. Claude Palmero, Administrateur des Biens